# EXHIBIT 1



During the COVID-19, commonly known as the Coronavirus Outbreak-Once the state of Tennessee is issued a "Shelter in Place Order," I agree to work a 14-day rotation in one of the ECF/CLS homes. I understand that I'm expected and mandated to work 24/7 and be attentive to the needs of the members in the home. I understand during this pandemic the following pay scale is in effect. The following reflects gross amount, before taxes.

Daily Rate – $215.00

Weekly Rate – $1,505.00

Biweekly Rate – $3,010.00

Our goal is to ensure the safety of all members and staff during this time. Minimizing exposure and risk while taking all necessary precautions are what we are currently focusing on. No visitors are permitted to the homes during this time. Staff are expected to use good personal hygiene, washing your hands frequently. Any signs or symptoms of sickness of yourself, members or even family members must be reported immediately.

I further understand that during this time, I am permitted to bring family members to the home, to shelter in place as well. I understand that my first priority is the members in the home and I nor family in the home will not hold Home Caregivers responsible for any liabilities or injury sustained during this time, further releasing Home Caregivers of any liability.

I understand that as a shelter in place order, remains in effect and I am not permitted to leave the members home during this time. Staff need to reach out to their supervisor during this time, for any concerns or direction needed during this difficult time.

We would like to take this time, to THANK YOU for your dedication to not only the individuals we support but to the company.

_____ 3/23/2020
Staff Signature/Date

_____ 3/23/2020
Administrative Signature/Date