# EXHIBIT 2

# FLSA ACTION AGAINST HOME CAREGIVERS, INC., and/or HOME CAREGIVERS OF COOKEVILLE, LLC, et. al

## PLAINTIFF CONSENT FORM

By my signature below, I hereby authorize the filing and prosecution of a Fair Labor Standards Act action in my name and on my behalf by the named Plaintiffs and designate them as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, to file a proof of claim on my behalf in the event Defendant(s) file for bankruptcy protection under Chapters 7 or 11 of the Bankruptcy Act, to negotiate and to take any other action necessary to present or preserve my wage and hour claim against Defendants HOME CAREGIVERS, INC., and/or HOME CAREGIVERS OF COOKEVILLE, LLC, et. al, their successors, affiliates, owners, and/or principals.

6-9-2020
DATE

*/s/ B. A. Emery*
SIGNATURE

Bonnie A. Emery
(Print Name)