UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BONNIE EMERY, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) NO. 2:20-cv-00038 |
| v. | ) ) |
| HOME CAREGIVERS OF COOKEVILLE, LLC, KONSTANTIN YEPIFANTSEV, and JESSICA YEPIFANTSEV, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Defendants' Motion for Leave to File Sur-Reply to "Plaintiff's Reply Memorandum of Law in Support of Plaintiff's Motion for Conditional Certification and for the Issuance of Court-Supervised Notice" (Doc. No. 26) is **GRANTED**. Defendants shall file their sur-reply within three (3) days of this Order.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE