IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| BONNIE EMERY, on behalf of herself and all others similarly-situated, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>HOME CAREGIVERS OF COOKEVILLE, )<br>LLC, KONSTANTIN YEPIFANTSEV, )<br>and JESSICA YEPIFANTSEV, )<br>)<br>Defendants. )<br>) | Civil Action No: 2:20-cv-00038<br>Judge Crenshaw<br>Magistrate Judge Newbern |

**PLAINTIFF'S UNOPPOSED MOTION FOR COURT APPROVAL OF FLSA §216(b) COLLECTIVE ACTION SETTLEMENT**

Plaintiff Bonnie Emery ("Plaintiff"), through undersigned counsel, submits this Motion for Court Approval of FLSA §216(b) Collective Action Settlement. For the reasons set forth herein, Plaintiff submits that the Parties' Settlement Agreement and Release (hereinafter the "Settlement Agreement" or "Settlement") is fair, adequate, and reasonable, and therefore, requests that the Court approve it.

For the reasons set forth more fully in Plaintiff's contemporaneously filed memorandum of law and its attached declarations, the proposed Settlement Agreement is "fair, reasonable and adequate;" provides the Class Members with substantial monetary relief; and satisfies all other criteria for final approval. Accordingly, Plaintiff respectfully requests the Court to grant this Motion and enter an Order approving:

1) the parties' Settlement Agreement, which resolves all claims asserted against Defendants in this matter, as fair, reasonable and adequate;

2) the Gross Settlement Amount set forth in paragraph 4 of the Settlement Agreement;

3)     the service awards to Plaintiffs as set forth in paragraph 4.a.iii of the Settlement Agreement; and,

4)     Class Counsel's attorneys' fees and expenses as set forth in paragraph 4.e.i-ii.

**WHEREFORE,** Plaintiff respectfully requests that the Court enter an Order approving the parties' Settlement Agreement resolving all claims asserted against Defendants; the Gross Settlement amount; the service award to Named Plaintiff; and Class Counsels' attorney's fees and expenses.

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

/s/ Joshua L. Burgener
Peter F. Klett, TN Bar #12688
Joshua Burgener, TN Bar #29077
424 Church Street, Suite 800
Nashville, TN 37219
Tel.:   615.244.6538
Fax:    844-670-6009
pklett@dickinsonwright.com
jburgener@dickinsonwright.com

Trevor Howell, TN Bar # 009496
HOWELL LAW PLLC
P.O. Box 158511
Nashville, TN 37216
(615) 406-1416

*Attorneys for Representative Plaintiff and Putative Collective Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on this 10th day of March, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below.

John C. Burgin Jr.
Nathaniel D. Moore
Kramer Rayson LLP
P.O. Box 629
Knoxville, TN 37901-0629
(865) 525-5134
jcburgin@kramer-rayson.com
nmoore@kramer-rayson.com

*Attorneys for Defendants*

                                                      /s/ Joshua L. Burgener
                                                        Joshua L. Burgener

4865-5346-5107 [93418-1]