UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| BONNIE EMERY, on behalf of herself and all others similarly-situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No: 2:20-cv-00038 |
| HOME CAREGIVERS OF COOKEVILLE, LLC, KONSTANTIN YEPIFANTSEV, and JESSICA YEPIFANTSEV, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

This matter comes before the Court on the unopposed Motion of Plaintiff (Doc. No. 61), individually, and on behalf of all similarly-situated persons, for an order approving: 1) the Settlement Agreement, which resolves all claims against Defendants, as fair, reasonable and adequate; 2) the Gross Settlement Amount; 3) the service award to Named Plaintiff; and, 4) Class Counsel's attorneys' fees and expenses. Based upon the entire record, the Court rules on Plaintiff's Unopposed Motion for Court Approval of FLSA §216(b) Collective Action Settlement as follows:

1. The Settlement Agreement, which resolves all claims asserted against Defendants in this matter, is fair, reasonable and adequate;

2. Defendants shall pay to Plaintiff and Class Members a Gross Settlement Amount in the amount of $73,000.00, inclusive of all Settlement Awards, attorneys' fees, costs, and the service award, but excluding the employers' share of federal and state payroll taxes;

3. Plaintiff's request a for service payment to the Named Plaintiff in the amount

1

4. of $3,000.00, as specified in the Settlement Agreement to be paid from the Gross Settlement Amount, is **GRANTED**;

4. Having applied the factors in Ramey v. Cincinnati Enquirer, Inc., 508 F.2d 1188 (6th Cir. 1974), including: (1) the value of the benefit conferred upon the class; (2) society's stake in rewarding attorneys who produce such benefits in order to maintain an incentive to others; (3) whether the services were undertaken on a contingent fee basis; (4) the value of the services on an hourly basis; (5) the complexity of the litigation; and (6) the professional standing and skill of all counsel, Class Counsel's request for an award of attorneys' fees in the amount of $53,300.00 is approved. The Court also finds that Class Counsel's hours and rates are reasonable given the length and complexity of the case;

5. All claims released in the parties' Settlement Agreement on the merits and with prejudice, except as provided in the Settlement Agreement are dismissed;

6. The Court reserves jurisdiction over this action and the parties to administer, supervise, interpret, and enforce the Settlement Agreement and this Order; and,

7. The Clerk is directed to enter a final judgment consistent with this Order and close this case.

IT IS SO ORDERED.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge