# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Bonnie Emery

                                        Plaintiff,

v.                                                     Case No.: 2:20−cv−00038

Home Caregivers of Cookeville, LLC, et al.

                                        Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/29/2022 re [63].

                                                           Lynda M. Hill
                                        s/ Jeremy Medley, Deputy Clerk